UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEHAKANAK SARAY, an individual, | CASE NO. C19-5493 RJB |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE GROUP S.I., a Foreign Corporation, and the agents or employees thereof, | |
| Defendant. | |

This matter comes before the Court on the Defendant's Status Report.  Dkt. 22.  The Court has considered the report and the remaining file.  The Court is fully advised.

On June 3, 2019, Plaintiff Cehakanak Saray filed, *pro se*, a civil action against his insurance carrier, American Family Mutual Insurance Group S.I. ("American Family"), asserting breach of contract, negligence, fraud, bad faith, and other state statutory violations and federal trademark related claims as a result of American Family's alleged failure to properly pay benefits under an automobile insurance policy after a crash.  Dkts. 1 and 6.

On June 24, 2019, the Court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.  Dkt. 9.  In that order, the Court directed that the parties file a Combined Joint Status Report and Discovery Plan ("Joint Status Report") not later than September 23, 2019, pursuant to Fed. R. Civ. P. 16 and Local Fed. R. Civ. P. 16 (a).  *Id.*  The

1    Court further directed that Plaintiff serve copies of the order on all parties who appeared after the

2    order was filed.  *Id*.  The Court directed that Plaintiff would be responsible for starting the

3    communications needed to comply with the minute order.  *Id*.

4            On September 3, 2019, the Defendant filed an Answer to Complaint and Demand for

5    Jury.  Dkt. 17.  On September 23, 2019, the Defendant filed Defendant's Status Report.  Dkt. 22.

6    This pleading occasionally references the parties and the Plaintiff, but is not signed by the

7    Plaintiff.  *Id.*

8                            **FAILURE TO FILE JOINT STATUS REPORT**

9        Fed. R. Civ. P. 16 (f)(1) provides that the court, on motion or on its own, may issue "any just

10   orders including those authorized by Fed. R. Civ. P. 37 (b)(2)(A)(ii)-(vii)" if a party "fails to

11   obey a scheduling or other pretrial order."  Under Fed. R. Civ. P. 37 (b)(2)(A)(v), the court may

12   dismiss an action or proceeding in whole or in part for failure to obey a court order.

13   It is Plaintiff's responsibility to initiate communications needed to comply with the Court's

14   orders requiring a Combined Joint Status Report and Discovery Plan, and he has not shown that

15   he has done so.  The Defendant's report is not a **joint** report.  Accordingly, Plaintiff should be

16   ordered to either file a Combined Joint Status Report and Discovery Plan or show cause, if any

17   he has, in writing, why this case should not be dismissed without prejudice under Fed. R. Civ. P.

18   16 (f)(1) and 37 (b)(2)(A)(v) by **October 15, 2019**.

19                                   **I.    ORDER**

20           Therefore, it is hereby **ORDERED** that:

21           •  Plaintiff **IS ORDERED** to either file a Combined Joint Status Report and

22              Discovery Plan or show cause, if any he has, in writing, why this case should not

23

24

be dismissed without prejudice under Fed. R. Civ. P. 16 (f)(1) and 37 (b)(2)(A)(v) by **October 15, 2019**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 24th day of September, 2019.

ROBERT J. BRYAN
United States District Judge