UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEHAKANAK SARAY<br><br>              Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE GROUP SI, a Foreign Corporation, and the agents or employees and comprised thereof,<br><br>              Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 3:19-cv-05493-RJB |

\_\_\_\_ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- This case IS DISMISSED WITHOUT PREJUDICE on the following grounds:

    (1) Pursuant to Fed. R. Civ. P. 16 (f)(1) and 37 (b)(2)(A)(v), this case is dismissed

Judgment

without prejudice for failing to obey a court order;

(2) The Defendant's Motion to Dismiss (Dkt. 20) is granted, in part, and this case is dismissed without prejudice;

- All other pending motions and deadlines ARE STRICKEN AS MOOT; and
- This case IS CLOSED.

Dated this 22nd day of October, 2019.

                            William M. McCool
                            Clerk of Court

                            s/Tyler Campbell
                            Tyler Campbell, Deputy Clerk

Judgment